IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JODY TURNER                                                                                       PLAINTIFF

v.                                       No. 3:16-CV-00165-JTK

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                       DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 7th day of June 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE